

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 28 PM 1:31

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

20 CV 1830

Mark C. Christenson,        v.                John Smith,
   plaintiff                                    respondent

Reference: United States District Court Southern District of New York
           Mark Christenson v Richard Smith
           February 20, 2020

Should it please the court suit for ruling here cover

2

## Petition for Ruling

Pray I attorney respondent

Suborning

Attempt to quash

Modus operandi

Missile launch

News story

Authorization claim

Conference

I pray thee

Conspiracy

I pray accomplice rule

3

## Prayer for Order

That that the court would have respondent, John Smith appear

## Prayer for Entry

I pray have the court clerk record the ruling and order

I so solemnly swear the aforementioned to be true

Dated this 20 day of February, 2020

*Mark C. Christenson*
2-21-20

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007

Pro Se Intake
KH

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 28 PM 1:30

1000781330 C014


