UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK C. CHRISTENSON,<br><br>         Plaintiff,<br><br>   -against-<br><br>JOHN SMITH,<br><br>         Defendant. | 20-CV-1830 (CM)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued March 3, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED, AND DECREED that under the June 20, 2018 order in *Christenson v. Roe*, ECF 1:18-CV-3319, 3 (S.D.N.Y. June 20, 2018), the complaint is dismissed without prejudice.

   The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: March 3, 2020
     New York, New York

                        COLLEEN McMAHON
                       Chief United States District Judge